# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROSEMARY SCHMIDT                                                                    PLAINTIFF

v.                                          No. 4:04CV00365 JLH

PRISON HEALTH SERVICES, et al.                                                   DEFENDANTS

## ORDER

Rosemary Schmidt has filed a Motion to Dismiss Appeal (Docket #87). She has also filed a Satisfaction of Judgment (Docket #89) stating that the Judgment against Prison Health Services entered in this case on September 8, 2005, has been satisfied in full.

The Motion to Dismiss Appeal is granted. Ms. Schmidt's appeal is hereby dismissed. All other pending motions are denied as moot.

IT IS SO ORDERED this   20th   day of September, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE